IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVEN PAUL MORRIS, #192581, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CASE NO. 1:16-CV-297-WKW [WO] |
| HOUSTON COUNTY JAIL C.O., MRS. HUGHES, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 19.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 19) is ADOPTED;

2. Defendants' motion to dismiss (Doc. # 17) is GRANTED to the extent Defendants seek dismissal based upon Plaintiff's failure to exhaust an administrative remedy available to him at the Houston County Jail prior to initiating this cause of action;

3.    This case is DISMISSED with prejudice under 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust an administrative remedy previously available to him; and

4.    No costs are taxed.

A final judgment will be entered separately.

DONE this 12th day of October, 2016.

                                          /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE